UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH JORDAN,

    Plaintiff,

v.                               Case No. 8:16-cv-3430-T-33AAS

MIDLAND FUNDING, LLC,

    Defendant.

_____/

**ORDER**

This matter comes before the Court *sua sponte*. The record reflects that Plaintiff is represented by a family member within the third degree of relationship to the undersigned. Thus, in accordance with 28 U.S.C. § 455(b)(5)(ii) ("[Sh]e shall also disqualify h[er]self in the following circumstances . . . [sh]e or h[er] spouse, or a person within the third degree of relationship to either of them, or the spouse of such a person . . . [i]s acting as a lawyer in the proceeding . . ."), the undersigned recuses herself from this matter.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The undersigned is recused from this case.

(2) The Clerk of Court is directed to reassign this case pursuant to its normal procedures.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>16th</u> day of December, 2016.

  _____
  VIRGINIA M. HERNANDEZ COVINGTON
  UNITED STATES DISTRICT JUDGE